Mervyn S. Lazarus (SBN 140492)
LAW OFFICES OF MERVYN S. LAZARUS
12 Rainstar, Irvine, CA 92614
Tel:  (949) 315-0102
Fax: (949) 954-3077
E-mail: msl@proklaw.com

Justine Lazarus (SBN 247471)
JLE LEGAL SOLUTIONS, PC
1819 S. Crescent Heights Blvd.
Los Angeles, CA 90035
Tel: (949) 400-0372
E-mail: justine@jlegal.us

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. P., a minor, D. K., a minor, R. P., a minor, and A. S. a minor, individually by and through their Guardian Ad Litem Aja M. Kane, and MEGAN CASH PANTALION, individually, and each as successor-in-interest to Decedent CASEY PANTALION.<br><br>**Plaintiffs**<br><br>vs.<br>COUNTY OF SAN BERNARDINO, a municipal corporation, CITY of BARSTOW, a municipal corporation, LANCE HANKINS and FLORENCE RUIZ individually and in their official capacity as Probation Officers for  COUNTY OF SAN BERNARDINO, VINCENT CARRILLO, ANDREW REYES, JUAN ZEPEDA, DANIEL ARTHUR, JARELL GILMORE, and CHRISTOPHER KIRBY, individually and in their official capacity as Police Officers for CITY OF BARSTOW, and DOES 1 Through 50, inclusive<br><br>**Defendants** | **Case No: 5:19−cv−01243 JGB (SPx)**<br><br>PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

Petitioner states as follows:

1. I am the sister of Decedent Casey Pantalion. On March 07, 2018, following his death as alleged in the complaint filed herein, I was appointed guardian of his three minor sons, my nephews Bradly Casey-James Pantalion-DOB 08/10/2005, Darren William Pantalion Kane-DOB 07/10/2007, and Ryly Alexander Pantalion-DOB 08/09/2008 (identified as minor Plaintiffs B. P., D. K., and R. P. respectively in the filed complaint). Attached as Exhibit A is a true and correct copy of the order relating thereto.

2. Following Decedent Pantalion's death on August 2, 2017, his minor daughter Alexis Starns-DOB 12/19/2012 (identified as minor Plaintiff A. S. in the filed complaint) went to live with her mother Angelique Starns in San Bernardino, California. As with my nephews, I maintained a close relationship with my niece Alexis prior to my brother's death, and continued to do so with Alexis after she went to live with her mother.

3. Alexis has been residing at our family home, located at 17863 Upland Ave. Fontana, CA. 92335, since June 17, 2019, following her removal from her mother Angelique's custody by the County of San Bernardino Department of Children's Services. I am in the process of completing the necessary foster parent application for her.

4. I was appointed guardian ad litem for each of my nephews and niece by the Superior Court of California, County of San Bernardino (Case No.: CIVDS 1905110) during the recent pendency of their petition for relief from government claim filing requirements, which petition relates to the supplemental State of California claims reflected in the filed complaint. Attached as Exhibit B, is a true and correct copy of each application and order of my appointment.

5. No previous petition for appointment of guardian ad litem has been filed in this matter.

6. I believe I am a competent and responsible person, and fully competent to act as guardian ad litem for each minor identified in this Petition and in the filed complaint as B. P., D. K., R. P., and A. S., for purposes of bringing action against Defendants on the

claims stated, and consent to act as guardian ad litem for each.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 10, 2019

                                              *Aja Kane*
                                              Aja M. Kane

Plaintiffs therefor respectfully request an order appointing Aja M. Kane as guardian ad litem for minor Plaintiffs B. P., D. K., R. P., and A. S.

Dated: July 10, 2019                LAW OFFICES OF MEREVYN S. LAZARUS

                                   /s/ Mervyn S. Lazarus
                                   Mervyn S. Lazarus
                                   *Attorneys for Plaintiffs*

ORDER

The petition for an order appointing Aja M. Kane as guardian ad litem for minors B. P., D. K., R. P., and A. S., is GRANTED

IT IS SO ORDERED.

Dated: _____

                                              _____
                                              United States District Judge

# EXHIBIT A

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**    **STATE BAR NO.:** | **GC-250** |
| NAME: AJA MAY KANE, IN PRO PER | **FOR COURT USE ONLY** |
| FIRM NAME: AJA MAY KANE | |
| STREET ADDRESS: 17863 UPLAND AVE. | |
| CITY: FONTANA    STATE: CA    ZIP CODE: 92335 | **FILED** |
| TELEPHONE NO.: (909) 559-5657    FAX NO.: | SUPERIOR COURT |
| E-MAIL ADDRESS: | COUNTY OF SAN BERNARDINO |
| ATTORNEY FOR (name): AJA MAY KANE, IN PRO PER | SAN BERNARDINO DISTRICT |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN BERNARDINO
STREET ADDRESS: 247 WEST THIRD STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SAN BERNARDINO, CA. 92415
BRANCH NAME: SAN BERNARDINO JUDICIAL - PROBATE

MAR 07 2018

BY _KASANDRA RAMOS_, DEPUTY

**GUARDIANSHIP OF** BRADLY CASEY-JAMES PANTALION & DARREN
(name): WILLIAM PANTALION KANE & RYLY ALEXANDER
PANTALION, MINORS

**LETTERS OF GUARDIANSHIP**
[X] Person    [ ] Estate

**CASE NUMBER:** GARPS1700432

## LETTERS

1. [X] (Name): AJA MAY KANE is appointed guardian of the [X] person [ ] estate of (name): BRADLY CASEY-JAMES PANTALION & DARREN WILLIAM PANTALION KANE & RYLY ALEXANDER PANTALION

2. [ ] The appointment of (name):
   (name): as guardian of the person of
   is extended past the ward's 18th birthday as of (date):

3. [ ] Other powers have been granted and conditions have been imposed as follows:
   a. [ ] Powers to be exercised independently under Probate Code section 2590 are specified in attachment 3a (specify powers, restrictions, conditions, and limitations).
   b. [ ] Conditions relating to the care and custody of the property under Probate Code section 2402 are specified in attachment 3b.
   c. [ ] Conditions relating to the care, treatment, education, and welfare of the ward under Probate Code section 2358 are specified in attachment 3c.
   d. [ ] Other powers granted or conditions imposed are [ ] specified on attachment 3d [ ] specified below.

   Guardianship to continue until termination pursuant to Probate Code Section 1600-01 Not valid outside State of California, except for vacation period not to exceed 30 days.

   GUARDIANS SHALL BE ALLOWED TO APPLY FOR AND RECEIVE PUBLIC BENEFITS AND SOCIAL SECURITY/SSI BENEFITS FOR THE MINOR CHILDREN.

4. [ ] The guardian is not authorized to take possession of money or any other property without a specific court order.
5. The guardianship of the person terminates by operation of law on (date):
6. Number of pages attached: 0

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)

Date: MAR 07 2018
NANCY CS EBERHARDT
Clerk, by _Kasandra Ramos_, Deputy
KASANDRA RAMOS

Form Adopted for Mandatory Use
Judicial Council of California
GC-250 [Rev. July 1, 2016]

**LETTERS OF GUARDIANSHIP**
(Probate—Guardianships and Conservatorships)

Legal Solutions Plus

Page 1 of 2
Probate Code, §§ 2310, 2311, 2890–2893
www.courts.ca.gov

# EXHIBIT B

CIV-010

**ATTORNEY** *(Name, State Bar number, and address):*
Mervyn S. Lazarus (SBN 140492)
Law Offices of Mervyn S. Lazarus
12 Rainstar
Irvine, CA 92614
TELEPHONE NO.: 949-315-0102   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Bradly Casey-James Pantalion, a minor

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, 92415-0210
BRANCH NAME: Civil Division of the San Bernardino District

PLAINTIFF/PETITIONER: B Pantalion et al
DEFENDANT/RESPONDENT: City of Barstow et al

**APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**
☐ EX PARTE

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION
APR 29 2019
BY VERONICA GONZALEZ, DEPUTY

CASE NUMBER: CIVDS 1905110

*NOTE: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350/GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.*

1. Applicant *(name):* Aja M. Kane   is
   a. ☐ the parent of *(name):*
   b. ☑ the guardian of *(name):* Bradly Casey-James Pantalion, a minor
   c. ☐ the conservator of *(name):*
   d. ☐ a party to the suit.
   e. ☐ the minor to be represented *(if the minor is 14 years of age or older).*
   f. ☐ another interested person *(specify capacity):*

2. This application seeks the appointment of the following person as guardian ad litem *(state name, address, and telephone number):*
   Aja M. Kane  909-559-5657
   17863 Upland Ave.
   Fontana, CA 92335

3. The guardian ad litem is to represent the interests of the following person *(state name, address, and telephone number):*
   Bradly Casey-James Pantalion, a minor
   17863 Upland Ave.
   Fontana, CA 92335

4. The person to be represented is:
   a. ☑ a minor *(date of birth):* 8/10/2005
   b. ☐ an incompetent person.
   c. ☐ a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. ☑ the person named in item 3 has a cause or causes of action on which suit should be brought *(describe):*
   Filed Petition for Relief from Government Claim Filing Requirements

☐ Continued on Attachment 5a.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-010 [Rev. January 1, 2008]

**APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**

Code of Civil Procedure,
§ 372 et seq.

CIV-010

| PLAINTIFF/PETITIONER: B Pantalion et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City of Barstow et al | CIVDS 1905110 |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

   c. ☐ the person named in item 3 has no guardian or conservator of his or her estate.

   d. ☑ the appointment of a guardian ad litem is necessary for the following reasons (specify):

   Petitioner is a minor

   ☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. ☑ related (state relationship): Guardian and paternal aunt
   b. ☐ not related (specify capacity):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):

   ☐ Continued on Attachment 7.

Mervyn S. Lazarus
(TYPE OR PRINT NAME)    ▶ _(SIGNATURE OF ATTORNEY)_

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 3/26/2019

Aja M. Kane
(TYPE OR PRINT NAME)    ▶ _(SIGNATURE OF APPLICANT)_

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.
Date: 3/26/2019

Aja M. Kane
(TYPE OR PRINT NAME)    ▶ _(SIGNATURE OF PROPOSED GUARDIAN AD LITEM)_

**ORDER    ☐ EX PARTE**

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (name): AJA M. KANE
is hereby appointed as the guardian ad litem for (name): BRADLY CASEY-JAMES PANTALION
for the reasons set forth in item 5 of the application.

Date: ~~MAR 29 2019~~
      APR 29 2019

DONALD ALVAREZ
JUDICIAL OFFICER
☐ SIGNATURE FOLLOWS LAST ATTACHMENT

CIV-010 [Rev. January 1, 2008]    **APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**    Page 2 of 2

CIV-010

**ATTORNEY** (Name, State Bar number, and address):
Mervyn S. Lazarus (SBN 140492)
Law Offices of Mervyn S. Lazarus
12 Rainstar
Irvine, CA 92614
TELEPHONE NO.: 949-315-0102   FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Darren William Pantalion Kane, a minor

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, 92415-0210
BRANCH NAME: Civil Division of the San Bernardino District

PLAINTIFF/PETITIONER: B Pantalion et al

DEFENDANT/RESPONDENT: City of Barstow et al

**APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**
[✓] EX PARTE

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION
APR 29 2019
BY _____ VERONICA GONZALEZ, DEPUTY

CASE NUMBER: CIVDS 1905110

**NOTE:** This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350/GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.

1. Applicant (name): Aja M. Kane   is
   a. [ ] the parent of (name):
   b. [✓] the guardian of (name): Darren William Pantalion Kane, a minor
   c. [ ] the conservator of (name):
   d. [ ] a party to the suit.
   e. [ ] the minor to be represented (if the minor is 14 years of age or older).
   f. [ ] another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   Aja M. Kane  909-559-5657
   17863 Upland Ave.
   Fontana, CA 92335

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   Darren William Pantalion Kane, a minor
   17863 Upland Ave.
   Fontana, CA 92335

4. The person to be represented is:
   a. [✓] a minor (date of birth): 7/10/2007
   b. [ ] an incompetent person.
   c. [ ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. [✓] the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
   Filed Petition for Relief from Government Claim Filing Requirements

[ ] Continued on Attachment 5a.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-010 [Rev. January 1, 2008]

**APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**

Code of Civil Procedure,
§ 372 et seq.

CIV-010

| PLAINTIFF/PETITIONER: B Pantalion et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City of Barstow et al | CIVDS 1905110 |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

   c. ☐ the person named in item 3 has no guardian or conservator of his or her estate.

   d. ☑ the appointment of a guardian ad litem is necessary for the following reasons (specify):

   Petitioner is a minor

   ☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. ☑ related (state relationship): Guardian and paternal aunt
   b. ☐ not related (specify capacity):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):

   ☐ Continued on Attachment 7.

Mervyn S. Lazarus
(TYPE OR PRINT NAME) — (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 3/26/2019

Aja M. Kane
(TYPE OR PRINT NAME) — (SIGNATURE OF APPLICANT)

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.
Date: 3/26/2019

Aja M. Kane
(TYPE OR PRINT NAME) — (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

**ORDER** ☐ EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (name): AJA M. KANE
is hereby appointed as the guardian ad litem for (name): DARREN WILLIAM PAWTALION KANE
for the reasons set forth in item 5 of the application.

Date: MAR 2 9 2019
      APR 2 9 2019

DONALD ALVAREZ
JUDICIAL OFFICER
☐ SIGNATURE FOLLOWS LAST ATTACHMENT

CIV-010 [Rev. January 1, 2008]

**APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**

Page 2 of 2

CIV-010

| ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mervyn S. Lazarus (SBN 140492)<br>Law Offices of Mervyn S. Lazarus<br>12 Rainstar<br>Irvine, CA 92614<br>TELEPHONE NO.: 949-315-0102 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Ryly Alexander Pantalion, a minor | F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO CIVIL DIVISION<br>APR 29 2019<br>BY VERONICA GONZALEZ, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, 92415-0210
BRANCH NAME: Civil Division of the San Bernardino District

PLAINTIFF/PETITIONER: B Pantalion et al

DEFENDANT/RESPONDENT: City of Barstow et al

| APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM—CIVIL<br>[✓] EX PARTE | CASE NUMBER:<br>CIVDS 1905110 |
|---|---|

NOTE: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350/GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.

1. Applicant (name): Aja M. Kane    is
   a. [ ] the parent of (name):
   b. [✓] the guardian of (name): Ryly Alexander Pantalion, a minor
   c. [ ] the conservator of (name):
   d. [ ] a party to the suit.
   e. [ ] the minor to be represented (if the minor is 14 years of age or older).
   f. [ ] another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   Aja M. Kane  909-559-5657
   17863 Upland Ave.
   Fontana, CA 92335

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   Ryly Alexander Pantalion, a minor
   17863 Upland Ave.
   Fontana, CA 92335

4. The person to be represented is:
   a. [✓] a minor (date of birth): 8/09/2008
   b. [ ] an incompetent person.
   c. [ ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. [✓] the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
   Filed Petition for Relief from Government Claim Filing Requirements

[ ] Continued on Attachment 5a.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-010 [Rev. January 1, 2008] | APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM—CIVIL | Code of Civil Procedure,<br>§ 372 et seq. |

CIV-010

| PLAINTIFF/PETITIONER: B Pantalion et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City of Barstow et al | CIVDS 1905110 |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

   c. ☐ the person named in item 3 has no guardian or conservator of his or her estate.

   d. ☑ the appointment of a guardian ad litem is necessary for the following reasons (specify):

   Petitioner is a minor

   ☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. ☑ related (state relationship): Guardian and paternal aunt
   b. ☐ not related (specify capacity):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):

   ☐ Continued on Attachment 7.

Mervyn S. Lazarus
(TYPE OR PRINT NAME)                              ▶ _____ (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 3/26/2019

Aja M. Kane
(TYPE OR PRINT NAME)                              ▶ _____ (SIGNATURE OF APPLICANT)

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.
Date: 3/26/2019

Aja M. Kane
(TYPE OR PRINT NAME)                              ▶ _____ (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

**ORDER**    ☐ EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (name): AJA M KANE is hereby appointed as the guardian ad litem for (name): RYLY ALEXANDER PANTALION for the reasons set forth in item 5 of the application.

Date: ~~MAR 2 9 2019~~ APR 2 9 2019

DONALD ALVAREZ
JUDICIAL OFFICER
☐ SIGNATURE FOLLOWS LAST ATTACHMENT

CIV-010 [Rev. January 1, 2008]    **APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**    Page 2 of 2

CIV-010

**ATTORNEY** *(Name, State Bar number, and address):*
Mervyn S. Lazarus (SBN 140492)
Law Offices of Mervyn S. Lazarus
12 Rainstar
Irvine, CA 92614
TELEPHONE NO.: 949-315-0102   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Alexis Starns, a minor

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Bernardino
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, 92415-0210
BRANCH NAME: Civil Division of the San Bernardino District

PLAINTIFF/PETITIONER: B Pantalion et al
DEFENDANT/RESPONDENT: City of Barstow et al

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION
APR 29 2019
BY VERONICA GONZALEZ, DEPUTY

**APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**
[✓] **EX PARTE**

CASE NUMBER: CIVDS 1905110

*NOTE: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350/GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.*

1. Applicant *(name):* Aja M. Kane    is
   a. [ ] the parent of *(name):*
   b. [ ] the guardian of *(name):*
   c. [ ] the conservator of *(name):*
   d. [ ] a party to the suit.
   e. [ ] the minor to be represented *(if the minor is 14 years of age or older).*
   f. [✓] another interested person *(specify capacity):* Paternal aunt of Alexis Starns, a minor

2. This application seeks the appointment of the following person as guardian ad litem *(state name, address, and telephone number):*
   Aja M. Kane  909-559-5657
   17863 Upland Ave.
   Fontana, CA 92335

3. The guardian ad litem is to represent the interests of the following person *(state name, address, and telephone number):*
   Alexis Starns, a minor
   1909 Little Zion Manor Dr. Apt. D
   San Bernardino, CA 92411

4. The person to be represented is:
   a. [✓] a minor *(date of birth):* 12/19/2012
   b. [ ] an incompetent person.
   c. [ ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. [✓] the person named in item 3 has a cause or causes of action on which suit should be brought *(describe):*
   Filed Petition for Relief from Government Claim Filing Requirements

[ ] Continued on Attachment 5a.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-010 [Rev. January 1, 2008]

**APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**

Code of Civil Procedure,
§ 372 et seq.

CIV-010

| PLAINTIFF/PETITIONER: B Pantalion et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City of Barstow et al | CIVDS 1905110 |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

   c. ☐ the person named in item 3 has no guardian or conservator of his or her estate.

   d. ☑ the appointment of a guardian ad litem is necessary for the following reasons (specify):

   Petitioner is a minor

   ☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. ☑ related (state relationship): Paternal aunt of Alexis Starns, a minor
   b. ☐ not related (specify capacity):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):

   ☐ Continued on Attachment 7.

   Mervyn S. Lazarus
   (TYPE OR PRINT NAME)                                              (SIGNATURE OF ATTORNEY)

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: 3/26/2019

   Aja M. Kane
   (TYPE OR PRINT NAME)                                              (SIGNATURE OF APPLICANT)

   **CONSENT TO ACT AS GUARDIAN AD LITEM**

   I consent to the appointment as guardian ad litem under the above petition.
   Date: 3/26/2019

   Aja M. Kane
   (TYPE OR PRINT NAME)                                              (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

   **ORDER**   ☐ EX PARTE

   THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

   THE COURT ORDERS that (name): AJA M. KANE
   is hereby appointed as the guardian ad litem for (name): ALEXIS STARNS
   for the reasons set forth in item 5 of the application.
   Date: MAR 29 2019

   DONALD ALVAREZ
   JUDICIAL OFFICER
   ☐ SIGNATURE FOLLOWS LAST ATTACHMENT

CIV-010 [Rev. January 1, 2008]   **APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**   Page 2 of 2