Dale K. Galipo (SBN 144074)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118
E-mail:  dalekgalipo@yahoo.com

Mervyn S. Lazarus (SBN 140492)
LAW OFFICES OF MERVYN S. LAZARUS
12 Rainstar, Irvine, CA 92614
Tel: (949) 315-0102
Fax: (949) 954-3077
E-mail: msl@proklaw.com

Justine Lazarus (SBN 247471)
JLE LEGAL SOLUTIONS, PC
1819 S. Crescent Heights Blvd.
Los Angeles, CA 90035
Tel: (949) 400-0372
E-mail: justine@jlegal.us

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. P., a minor, D. K., a minor, R. P., a minor, and A. S. a minor, individually by and through their Guardian Ad Litem Aja M. Kane, and MEGAN CASH PANTALION, individually, and each as successor-in-interest to Decedent CASEY PANTALION. <br><br> Plaintiffs <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, a municipal corporation, CITY of BARSTOW, a municipal corporation, LANCE HANKINS and FLORENCE RUIZ individually and in their official capacity as Probation Officers for COUNTY OF SAN BERNARDINO, VINCENT CARRILLO, ANDREW REYES, JUAN ZEPEDA, and DANIEL ARTHUR, individually, and JARELL GILMORE, and CHRISTOPHER KIRBY, as supervisors | **Case No: 5:19-cv-01243-JGB-SP** <br><br> [Hon. Jesus G. Bernal, Courtroom 1] <br><br> **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

1

1  individually, all in their official capacity as
2  Police Officers for CITY OF BARSTOW, and
   DOES 1 Through 50 inclusive
3
4          Defendants
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 5:19-CV-01243 JGB-SPX: ORDER GRANTING STIPULATED PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Based on the [Proposed] Joint Stipulated Protective Order filed by the Parties and good cause appearing to the satisfaction of the Court:

**IT IS HEREBY ORDERED**

**That the Joint Stipulated Protective Order is granted.**

DATED:  October 29, 2020

_____

Hon Sheri Pym
United States Magistrate Judge

CASE NO. 5:19-CV-01243 JGB-SPX: ORDER GRANTING STIPULATED PROTECTIVE ORDER